UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ26-119 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CRISTIAN FUENTES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Date of Detention Hearing:   February 26, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3143, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant is alleged to have violated his conditions of pre-trial release by testing positive for marijuana, failing to participate in drug treatment, and not residing at an approved residence.   At the time of his arrest in an unrelated matter, he was in the possession of a firearm.

DETENTION ORDER
PAGE -1

He poses a risk of flight because he was not present at his approved residence, and a risk of danger given the possession of a firearm.   He does not contest detention at this time.

2.   There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending appearance in the District of Arizona, and committed to the custody of the Attorney General for confinement in a correction facility;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 26th Day of February, 2026.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2